Kenneth H. Moreno (SBN 108890)
kmoreno@murchisonlaw.com
Madison K. Moreno (SBN 347331)
mmoreno@murchisonlaw.com
Angela M. McNair (SBN 272194)
amcnair@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
750 B Street, Suite 2550
San Diego, California 92101-8114
Telephone: (619) 544-6838
Facsimile: (619) 544-1568

Attorneys for Defendant VERACITY WELLNESS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANNAM ELAZARI, on behalf of herself<br>and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERACITY WELLNESS INC,,<br><br>Defendant. | CASE NO. 2:26-cv-06276<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND [PROPOSED] ORDER**<br><br>The Hon. Michelle Williams Court<br><br>Trial Date: None Set |

Plaintiff SANNAM ELAZARI, , ("Plaintiff") and Defendant (name) VERACITY WELLNESS INC, ("Defendant") collectively "the Parties" hereby, stipulate as follows: On June 9, 2026, Plaintiff filed the initial complaint. On June 18, 2026, Defendant signed a waiver of the service of summons. Defendant's responsive pleading is currently due on August 17, 2026. The Parties, through their respective counsel of record, met and conferred regarding this extension of time for Defendant to file a responsive pleading to the initial complaint. Defendant has not previously been granted an extension of time to respond to the initial complaint. The Parties hereby stipulate to extend the deadline for Defendant's responsive pleading from August 17, 2026 to August 31, 2026. Pursuant to Local Rule 5-4.3.4 (a) (2), counsel for the Defendant hereby attests that all signatories listed below, and on whose behalf

this filing is being submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: August 17, 2026

**THE LAW OFFICES OF ROBERT MACKEY**

By: ***/s/ Robert Mackey***
Robert Mackey
Attorneys for Plaintiff SANNAM ELAZARI

DATED: August 17, 2026

**ROBERT PEIRCE & ASSOCIATES, P.C.**

By: ***/s/ Sara J. Watkins***
Sara J. Watkins
Attorneys for Plaintiff SANNAM ELAZARI.

DATED: August 17, 2026

**MURCHISON AND CUMMING**

By: ***/s/ Angela M. McNair***
Kenneth H. Moreno
Madison K. Moreno
Angela M. McNair
Attorneys for Defendant Veracity Wellness, Inc.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, Defendant's responsive pleading deadline is extended from August 17, 2026 to August 31, 2026.

**IT IS SO ORDERED.**

DATED: ____________________ ____________________________________
JUDGE